```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 02979
   JAMES P HARRISON
   TAMMY L HARRISON                              CHAPTER 13

                                                JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-7499    SSN XXX-XX-2896
```

---
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/21/07 and confirmed on 05/23/07.

2. The case was converted to Chapter 7 after confirmation, 06/30/2008.

3. The Debtor paid a total of $  2078.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MTGE | MORTGAGE ARRE | 1040.30 | .00 | 1040.30 |
| HSBC MORTGAGE SERVICES | SECURED | .00 | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | SECURED VEHIC | .00 | .00 | .00 |
| FAIRLANE CREDIT | SECURED VEHIC | .00 | .00 | .00 |
| AISHLING OBSTETRICS & GY | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1401.05 | .00 | .00 |
| RISK MANAGEMENT ALTERNAT | UNSECURED | NOT FILED | .00 | .00 |
| CHRYSLER FINANCIAL CO LL | UNSECURED | 1309.08 | .00 | .00 |
| CONSULTANTS IN DIAG IMAG | UNSECURED | NOT FILED | .00 | .00 |
| ROCKFORD MERCANTILE AGEN | UNSECURED | 180.00 | .00 | .00 |
| CREDIT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| EPIC GROUP | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 448.24 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 2285.86 | .00 | .00 |
| MEDICAL BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| MORRIS HOSPITAL | UNSECURED | 63.49 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| PRAIRIE HEALTH CARE | UNSECURED | NOT FILED | .00 | .00 |
| RESPIRATORY CONSULTANTS | UNSECURED | NOT FILED | .00 | .00 |
| DIVERSIFIED SRVS | UNSECURED | NOT FILED | .00 | .00 |
| RRCA ACCOUNTS MANAGEMENT | UNSECURED | 668.80 | .00 | .00 |
| MILLENIUM CREDIT CONSULT | UNSECURED | NOT FILED | .00 | .00 |
| PRO COM SERVICES OF IL | UNSECURED | 5323.00 | .00 | .00 |
| VALLEY WEST COMM HOSPITA | UNSECURED | NOT FILED | .00 | .00 |

```
PELLETTIERI & ASSOC         UNSECURED       NOT FILED            .00           .00
VALLEY WEST COMM HOSPITA    UNSECURED       NOT FILED            .00           .00
M3 FINANCIAL SERVICES       UNSECURED       NOT FILED            .00           .00
VALLEY WEST COMMUNITY HO    UNSECURED       NOT FILED            .00           .00
VICTOR & IVY FRANZEN        UNSECURED       NOT FILED            .00           .00
PROVIDIAN NATIONAL BANK     UNSECURED       NOT FILED            .00           .00
DAIMLER CHRYSLER FINANCI    SECURED VEHIC         .00            .00           .00
HSBC MORTGAGE SERVICES      MORTGAGE ARRE      163.97            .00           .00
        Summary of disbursements:
------------------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED        OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   1204.27         .00    11679.52          .00      12883.79
PRINCIPAL PAID       1040.30         .00         .00          .00       1040.30
INTEREST PAID             .00        .00         .00          .00            .00
TOTAL PAID           1040.30         .00         .00          .00       1040.30
```

The Debtor's attorney, ILLINI LEGAL SERVICES         , was allowed $   2500.00
and was paid $    1500.00  direct and $     966.29  through the plan.

The Trustee received $      71.41 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 09/11/08                  /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                                PAGE   2
        CASE NO. 07 B 02979 JAMES P HARRISON & TAMMY L HARRISON